UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES-DAVID DUCKER, #00913656, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case 3:23-CV-2546-B-BK |
| | § | |
| FELICIA PITRE, ET AL., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of January, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE